**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, MICHAEL E. ROSS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL E. ROSS,<br><br>　　　　　Defendant. | CASE 6:16-po-00581-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO NOVEMBER 15, 2016; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, MICHAEL E. ROSS, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter

///
///
///
///
///
///
///

STIPULATION TO CONTINUE
INITIAL APPEARANCE TO
NOVEMBER 15, 2016                              1

currently scheduled for October 25, 2016, at 1:00 p.m. be continued to November 15, 2016, at 10:00 a.m.  Mr. Ross will be out of the country on October 25, 2016.  This trip was scheduled many months prior to Mr. Ross being notified of the date for his Initial Appearance.

Dated:  October 14, 2016 /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
MICHAEL E. ROSS

Dated:  October 14, 2016 /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for Defendant, Michael E. Ross, for Citation 6378758, currently scheduled for October 25, 2016, at 1:00 p.m. shall be continued to November 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 17, 2016            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE