1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, MICHAEL E. ROSS

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       CASE 6:16-po-00581-MJS

12 |         Plaintiff,

13 |    v.                           **STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 8, 2017; ORDER THEREON**

14 | MICHAEL E. ROSS,

15 |         Defendant.

16

17      **IT IS HEREBY STIPULATED** by and between the Defendant, MICHAEL E. ROSS,

18 his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park

19 Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE
STATUS CONFERENCE TO MARCH 8, 2017;
ORDER THEREON                                1

currently scheduled for January 31, 2017, at 10:00 a.m. be continued to March 8, 2017, at 10:00 a.m.

Defense counsel has jury duty on January 31, 2017.

Dated:  January 26, 2017            /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    MICHAEL E. ROSS


Dated:  January 26, 2017            /s/ Susan St. Vincent
                                    SUSAN ST. VINCENT
                                    Legal Officer
                                    National Park Service


ORDER

The Court, having reviewed the above request,  HEREBY ORDERS that the Status Conference for Defendant, Michael E. Ross in case number 6:16-po-00581-MJS., currently scheduled for January 31, 2017, at 10:00 a.m. shall be continued to March 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 30, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE
STATUS CONFERENCE TO MARCH 8, 2017;
ORDER THEREON                       2