Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL E. ROSS,<br><br>Defendant. | No.  6:16-po-00581-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The parties have reached a resolution in this matter wherein the Government will dismiss the pending case and issue Defendant a citation for Off Road Travel which Defendant will pay through the Central Violations Bureau.

.

Dated:  September 13, 2017        NATIONAL PARK SERVICE

 /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Ross* 6:16-po-00581-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  September 13, 2017         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE